■ LEAH DENNY, Respondent-Appellant, v. KEVIN BRENNER et al., Appellants-Respondents.— In an action to recover damages for injuries to person and property, the defendants appeal from a judgment of the City Court of White Plains, entered after trial before the court without a jury, in favor of plaintiff for $1,965.75. The plaintiff appeals from so much of such judgment as fails to award her more than said amount, but has now · abandoned such appeal. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ JOAN DERWIN, an Infant, by RUTH WEINSTEIN, Her Guardian ad Litem, et al., Appellants, v. TUNIS LAKE PROPERTIES, INC., Respondent.— In an action by an infant to recover damages for personal injuries, and by her father for medical expenses and loss of services, the appeal is from a resettled judgment, entered after trial before the court without a jury, dismissing the complaint. The infant was injured while executing a standing broad jump in a contest under her counselor's supervision at a summer camp. Resettled judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ FISHERS ISLAND FARMS, INC., et al., Appellants, et al., Plaintiffs, v. A. JOHN GADA et al., Respondents.— In an action to enjoin the erection of a gasoline service station, alleged to be in contravention of a town building zone ordinance, the appeal is from a judgment, entered after trial, dismissing the complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ JOHN H. GRUBER, Respondent, v. CITY OF NEW YORK et al., Defendants, and GOTHAM CONSTRUCTION CORP., Appellant.— In an action to recover damages for personal injuries, the appeal is from an order denying appellant's motion to dismiss the complaint for lack of prosecution. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ LESLIE KATZ, an Infant, by His Guardian ad Litem, HARRY KATZ, et al., Appellants, v. BIALIK HEBREW ACADEMY et al., Respondents.— In an action by an infant to recover damages for personal injuries, and by his father for medical expenses and loss of services, the appeal is from a judgment, entered after trial before the court without a jury, dismissing the complaint. The infant was injured when his finger was caught between a door jamb and the hinge edge of the door while the door was being closed. There was no proof that respondents' employee, who allegedly closed the door, was then aware of the position of the infant's finger. Judgment unanimously affirmed, without costs. In our opinion, appellants failed to establish any negligence on the part of the respondents. (Cf. Rosen v. Bronx Hosp., 308 N. Y. 925; L'Hommedieu v. Delaware, Lackawanna & Western R. R. Co., 258 Pa. 115.) Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ DAVID LIDSKY et al., Respondents, v. IRVING KLEIN et al., Appellants. — In an action based upon a written guarantee, the appeal is from an order granting summary judgment striking out the answer and from the judgment entered thereon. Order and judgment unanimously affirmed, with one bill of $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.